■ In the Matter of the Estate of BIRDIE ROBINSON, Deceased. THOMAS G. PARISI, Public Administrator of Kings County, Respondent; HAROLD BAKER- MAN, Appellant.— Appeal by Harold Bakerman from an order of the Surro- gate's Court, Kings County, dated May 12, 1967, which denied his motion to dismiss the petition herein and his further motion for reargument. Appeal dismissed insofar as it is from the portion of the order which denied reargument, without costs. No appeal lies from an order denying reargument. Otherwise, order affirmed, without costs, upon the opinion of the Surrogate in *Matter of Robinson* (52 Misc 2d 163). Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of STANLAW ESTATES, INC., Appellant, v. TAX COM- MISSION OF THE CITY OF NEW YORK et al., Respondents.— Appeal by petitioner, as limited by its brief, from so much of an order of the Supreme Court, Queens County, dated September 30, 1963, as confirmed assessed valuations for real property taxes and reduced other such valuations. Order modified, on the law and the facts, by reducing, as to Lot 1 of Block 6931, the assessed valuations of the land to $39,500 and the total valuation to $144,500 for the tax years 1957–58 through 1962–63. As so modified, order affirmed insofar as appealed from, with costs to appellant. In our opinion, the reduction of the assessed valuations of the above-described land to $110,000 for each of the above tax years was contrary to the weight of the evidence which tended to show that the unit lot value adopted by Special Term in confirming the assessments upon Lot 1 of Block 6918 was the value applicable to the land within Lot 1 of Block 6931. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of SUFFOLK OUTDOOR ADVERTISING Co., INC., Appellant, v. ROBERT W. GILLISPIE, JR., et al., Constituting the Southold Town Board of Appeals, Respondents.— Order of the Supreme Court, Suffolk County, dated January 19, 1968 and made on reargument affirmed, with costs. No opinion. Appeal from judgment of said court dated January 19, 1968 dismissed, without costs. The judgment was superseded by the order dated January 19, 1968, which granted reargument. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.